# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | **CRIMINAL NO.** |
| v. | : | **10-578-1** |
| | : | |
| **ANTOINE SINGLETON** | : | |

## ORDER

This 26th day of April, 2017, upon consideration of Defendant Antoine Singleton's Motion to Vacate His Sentence Under 28 U.S.C. § 2255 and accompanying Memorandum; the Government's Response thereto; and Defendant's Reply, it is hereby **ORDERED** that Defendant's Motion (Dkt. 51) is **GRANTED**. The Court will issue a subsequent order scheduling a resentencing date.

It is also **ORDERED** that Defendant's Motion for Leave to File a Reply (Dkt. 58) is **GRANTED** *nunc pro tunc*.


    /s/ Gerald Austin McHugh
United States District Judge